UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/28/2023
```

CHRISTIAN CASTELAN,

                Plaintiff,

-against-

CORRECTIONAL OFFICER KEENAN A. JOHN;
CORRECTIONAL OFFICER SHAUN H. KERR;
A-BLOCK SERGEANT BERMANN JOSEPH,

                Defendants.

7:22-CV-9326 (NSR)

SUPPLEMENTAL VALENTIN ORDER

NELSON S. ROMÁN, United States District Judge:

    Under *Valentin v. Dinkins*, a *pro se* litigant, is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). On October 4, 2022, the Court issued a Supplemental Order of Service (ECF No. 36.), which included a Valentin Order, directing the Orange County Law Department (the "Law Department"), which is the attorney for an agent of the Orange County Department of Correction, to ascertain the identity and addresses of the "John Doe" defendants named in Plaintiff's Second Amended Complaint ("SAC"). (ECF No. 34.) The October 4, 2022 also granted Plaintiff leave to file a Third Amended Complaint within 30 days of receiving the names of the John Doe Defendants from the Law Department. (*Id*.)

    On November 29, 2022, the Court issued an Order of Service directing service upon Defendants Correctional Officer Keenan A. John, Correctional Officer Shaun H. Kerr, and Correctional Sergeant Bermann Joseph. (*See* ECF No. 11.) The docket reflects that on June 23, 2023, service was accepted on behalf of Defendants Keenan A. John and Berman Joseph. (*See* ECF Nos. 15 and 16.) Service upon Shaun H. Kerr by the U.S. Marshal's Office was attempted and returned unexecuted on March 17, 2023. (ECF No. 9.)

2

The New York Attorney General's Office is directed to ascertain and provide an address for Defendant Shaun H. Kerr so that service can be effectuated or explain why these defendants are not serviceable. The New York Attorney General's Office is directed to do so by July 12, 2023.

The Clerk of the Court is directed to mail a copy of this Supplemental Valentin Order to Plaintiff at the address on the docket and to show service on the docket.

SO ORDERED.

Dated:   June 28, 2023
         White Plains, New York

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE