UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| CHRISTIAN CASTELAN, | : |
| | : |
| Plaintiff, | :   Case No. 22-CV-9326-NSR |
| | : |
| - against - | :   **ANSWER** |
| | : |
| KEENAN A JOHN, et al., | :   **JURY TRIAL DEMANDED** |
| | : |
| Defendant. | : |

------------------------------------------------------------X

Defendant BERMANN JOSEPH, ("Defendant"), by his attorney, LETITIA JAMES, Attorney General of the State of New York, respectfully submits his Answer to Plaintiff's Amended Complaint, filed October 25, 2022, as follows[1]:

## I. PRELIMINARY INTRODUCTION

1.    Defendant denies that a response is required to the statement in paragraph 1.

2.    Defendant denies that a response is required for the allegations stated in paragraph 2, but denies that any wrongdoing was committed by the Defendant to the plaintiff.

## JURISDICTION

3.    Defendant denies that a response is required to the allegations of paragraph 3 concerning jurisdiction, which are conclusions of law.

## VENUE

4.    Defendant denies that a response is required to the allegations of paragraph 4 concerning venue, which are conclusions of law.

5.    Defendant denies the allegations contained in paragraph 5.

---

[1] Defendant Kennan A. John answered the Amended Complaint on May 30, 2023  As the Court is aware, Defendant Shaun Kerr has not yet been served.  A response to the Court's Order dated June 28, 2023, is forthcoming.

## II. <u>PARTIES IN THE COMPLAINT</u>

6.     Defendant denies having sufficient knowledge or information to respond to the allegations in paragraph 6, other than to admit that Plaintiff, at the time alleged, did reside at Sing-Sing Correctional Facility and that the alleged Defendant was employed by the Department of Corrections and Community Supervision ("DOCCS") at Sing Sing Correctional Facility during the alleged time period.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

7.     Defendant admits that a grievance procedure exists at Sing Sing Correctional Facility.

8.     Defendant denies having sufficient knowledge or information to respond to the allegations as to whether Plaintiff exhausted, but admits that grievances were filed and appealed relating to this underlying claim.

## IV. PREVIOUS LAW SUITS

9.     Defendant denies having sufficient knowledge or information to respond to the allegations as to whether Plaintiff has filed any previous law suits.

## V. STATEMENT OF CLAIM

10.     Defendant denies the allegations contained within paragraph 10.

11.     Defendant denies that any wrongdoing occurred at Sing-Sing Correctional facility as alleged in Paragraph 11.

12.     Defendant denies that any wrongdoing occurred at Sing Sing Correctional facility as alleged in Paragraph 12.

13.     Defendant admits that Plaintiff is in the custody of DOCCS.  Defendant also denies any wrongdoing which would entitle Plaintiff to relief against Defendant in his individual or

official capacity.

## FIRST CAUSE OF ACTION

14.     Defendant denies having sufficient knowledge or information to respond to the allegations so as to form an opinion as to the allegations in paragraph 14.

15.     Defendant denies the allegations contained in paragraph 15 except admits that Plaintiff was justifiably and lawfully placed in a body hold and frisked.

16.     Defendant denies the allegations contained in paragraph 16 except admits that Plaintiff was justifiably and lawfully placed in a body hold and frisked.

17.     Defendant denies the allegations contained in paragraph 17.

## SECOND CAUSE OF ACTION

18.     Defendant denies the allegations contained in paragraph 18.

## RELIEF

19.     Defendant, in response to paragraph 19, repeats the responses set forth in paragraphs 1 through 18.

20.     Defendant denies that any of the Defendants in this action committed wronging in their individual or official capacities.

21.     Defendant also demands a Jury Trial.

22.     Defendant denies that Plaintiff is entitled to any relief.

23.     As to paragraph 23, Defendant denies that the allegations of the Complaint are true and correct.

## DEFENSES

## FIRST DEFENSE

24.     The Amended Complaint fails to state a claim or allege sufficient facts upon which

relief can be granted.

## SECOND DEFENSE

25.     Defendant's conduct did not violate clearly established federal law or it was objectively reasonable for persons in the Defendant's position to believe at the time of the Defendant's actions that his conduct violated such clearly established law. Therefore, Defendant is entitled to qualified immunity from suit for the actions of which Plaintiff complains.

## THIRD DEFENSE

26.     Any injuries and/or damages allegedly sustained by Plaintiff were caused by, contributed to, and/or solely and exclusively the result of Plaintiff's own conduct.

## FOURTH DEFENSE

27.     To the extent that Plaintiff attempts to sue the Defendant in his official capacity, such claims are barred by the Eleventh Amendment.

## FIFTH DEFENSE

28.     Any state law claims, to the extent raised herein, are barred by New York Correction Law § 24.

## SIXTH DEFENSE

29.     Plaintiff failed to mitigate his damages, if any.

## FIFTH DEFENSE

30.     Plaintiff failed to fully exhaust his Administrative remedies before filing the instant complaint.

## **JURY TRIAL DEMANDED**

31.     Defendant demands a jury trial.

4

**WHEREFORE**, Defendant respectfully requests that this Court dismiss the Amended Complaint in its entirety and grant such further relief as the Court deems just and proper.

Dated: New York, NY
July 7, 2023

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendant Bermann Joseph*
By:
*S/ Joshua M. Mitts*
Joshua M. Mitts
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8663
Joshua.Mitts@ag.ny.gov

To:   **VIA Mail**

CHRISTIAN CASTELAN
19 A-4453
Sing-Sing Correctional Facility
354 Hunter Street,
Ossining NY 10562