| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Christian Castelan | COURT CASE NUMBER<br>22cv9326 |
|---|---|
| DEFENDANT<br>John et al | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Correction Officer Shaun H. Kerr

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Department of Corrections and Community Supervision, 354 Hunter Street, Ossining, NY 10562

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Christian Castelan 19-A-4453<br>Sing Sing Correctional Facility<br>354 Hunter Street<br>Ossining, NY 10562 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: *Tanuj Arora*
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER:
DATE: 7/13/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 4/4 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date: 8/10/2023 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: R. Gardiner / Liason
Date: 8/16/23   Time: 1:36 pm

Signature of U.S. Marshal or Deputy: T. Okpych 32132

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

74 miles x .655 = 48.47
4 Hours x 65 = 260
309.47

Form USM-285
Rev. 03/21