

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023
```

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

December 19, 2023

**MEMO ENDORSED**

**Via ECF**
Hon. Nelson Stephen Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   **Castelan v. John, et al.**, 22-CV-9326 (NSR)

**Defs.' request is GRANTED. The parties are directed to submit a proposed Case Management Plan on or before December 29, 2023. Defs. are directed to mail a copy of this memorandum endorsement to *pro se* Pltf. at the address listed on ECF and to file proof of service on the docket. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.**

**Dated: December 20, 2023**
**White Plains, NY**

SO ORDERED:

/s/ Hon. Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dear Judge Román:

    This Office represents the Defendants in this action. Pursuant to the Court's November 27, 2023 Order (ECF No. 32), the parties were to submit a proposed Case Management Plan and Scheduling Order on December 18, 2023, but my office is still in the process of arranging a phone call with Mr. Castelan (who is incarcerated) to discuss the scheduling order and I have had numerous medical and work commitments over the last two weeks. I apologize for the delay. Although I will be on vacation for a week in Puerto Rico beginning December 21, I expect to be able to speak to Mr. Castelan during that time and respectfully request that the parties be allowed to submit a proposed Case Management Plan and Scheduling Order on December 29, when I return.

    We thank the Court for its consideration.

Respectfully submitted,

*/s/ Jeb Harben*
Jeb Harben
Assistant Attorney General
Jeb.harben@ag.ny.gov

cc:   Christian Castelan DIN 19A4453 (by mail)
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562