UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                       :

CHRISTIAN CASTELAN,

                                                       :        **ORDER**
                                                                     **TO TAKE THE**
                    Plaintiff,                 :        **DEPOSITION OF**
                                                                       **INCARCERATED**
                                                       :        **INDIVIDUAL**

    -against -                                   :        7:22-cv-9326 (NSR)(VR)

KEENAN A. JOHN, et al.,                  :

                Defendants.              :
-------------------------------------------------------------x

It is ordered that counsel from the State of New York, Office of the Attorney General, may take the deposition of incarcerated individual Christian Castelan at the Sing Sing Correctional Facility or any facility where he is currently housed, either in person or by remote means, on or before July 15, 2024.

Dated:  White Plains, New York
         June 5, 2024

                                          So Ordered:

                                           _____
                                           VICTORIA REZNIK
                                           United States Magistrate Judge