UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Castelan,

                            Plaintiffs,

          -against-

John, et al.,

                            Defendant.
---------------------------------------------------------------X

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/28/2024**

**ORDER RE STATUS CONFERENCE**

7:22-cv-09326-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **August 8, 2024 at 10:30 am.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

**Re: Incarcerated Prisoners**

      *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

      SO ORDERED.

DATED:    White Plains, New York
                 June 28, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge