UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                          :
CHRISTIAN CASTELAN,
                                                          :     **ORDER**
                                                               **TO TAKE THE**
                Plaintiff,                                :     **DEPOSITION OF**
                                                               **INCARCERATED**
                                                          :     **INDIVIDUAL**

        -against -                                        :     7:22-cv-9326 (NSR)(VR)

KEENAN A. JOHN, et al.,                                    :

                Defendants.                               :
------------------------------------------------------------------x

        It is ordered that counsel from the State of New York, Office of the Attorney

General, may take the deposition of incarcerated individual Christian Castelan at the Sing

Sing Correctional Facility or any facility where he is currently housed, either in person or

by remote means, on or before August 15, 2024.

Dated:  White Plains, New York
        July 17, 2024

                                        So Ordered:

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge
                                        Dated: 07/17/2024