# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

CHRISTIAN CASTELAN,

                          Plaintiff,                          22 **CIVIL** 9326 (NSR)

       -against-                                   **JUDGMENT**

  CORRECTIONAL OFFICER KEENAN A. JOHN, et al.,

                         Defendants.

-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 25, 2025, Defendants Correctional Officer Keenan A. John, Correctional Officer Shaun H. Kerr, and Sergeant Bermann Joseph's Motion for Summary Judgment is GRANTED in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

       November 26, 2025

                                      **TAMMI M. HELLWIG**

                                      **Clerk of Court**

                        **BY:** _____
                                   **Deputy Clerk**